In the Matter of the Application of JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Petitioner, for an Order Pursuant to Article 78 of the Civil Practice Act to Review the Disapproval of a Policy Form, against LOUIS H. PINK, as Superintendent of Insurance of the State of New York, Respondent.— The Superintendent of Insurance has disapproved the form of the industrial life insurance policy presented and filed by the petitioner. The determination of the Superintendent is reviewable by this court. (Insurance Law, § 154.) The form of the policy is prescribed by the Insurance Law (§ 163). The proposed form complies neither with the language nor intent of the statute. The determination should be confirmed. Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.